United States District Court
Southern District of Texas
**ENTERED**
August 04, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LEONARDO MIRANDA AGUIAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-5342 |
| vs. | § | |
| | § | |
| WARDEN, Krome Service Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

The petitioner, Leonardo Miranda Aguiar, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Krom Service Processing Center in Miami, Florida. Representing himself, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Docket Entry No. 1). Despite seemingly being detained within the jurisdiction of the United States District Court for the Southern District of Florida at the time the habeas petition was filed (*see* Docket Entry No. 1 at 1, 9), this case was transferred here from the United States District Court for the Southern District of Florida on July 7, 2026. (Docket Entry No. 13).

The government is **ordered** to file, **by August 14, 2026**, a status update that provides the court with the following information:

1. Provide the facility and location where the petitioner was detained at the time the instant habeas petition was filed.

2. If the petitioner has been moved from the facility where he was initially detained, provide (a) the name of each location to where the petitioner was moved, and (b) what precise dates the petitioner was detained at each location.

3. Provide an update, in the form of a sworn declaration from a deportation officer, on what further efforts have transpired in obtaining the petitioner's removal.

SIGNED on August 4, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge